IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:10-cv-478-RLV-DSC

HUBERT STEPHEN MORTON,

        Plaintiff,

v.

SOUTHERN ASSISTED LIVING, INC., AND
BROOKDALE SENIOR LIVING COMMUNITIES, INC.,

        Defendants.

## **ORDER**

**FOR GOOD CAUSE SHOWN**, it is hereby **ORDERED** that the Parties' Joint Motion to Stay Action Pending Arbitration is **GRANTED**; and this action, including Defendants' obligation to answer or otherwise respond with respect to Plaintiff's Complaint and to participate in discovery, is stayed pending completion of arbitration.

**SO ORDERED**                    Signed: October 4, 2010

_____
David S. Cayer
United States Magistrate Judge